December 13, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

AMANDA SCHEELER, Appellant

NO. 14-11-00878-CV                      V.

DANIEL SOLIS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 19, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by AMANDA SCHEELER.

We further order this decision certified below for observance.